# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kristen Ludovicus,

Plaintiff(s),

v.

John D. Idleburg, Gianni Giamberduca, Javier Perez, Eric Kaechele, and the Lake County Sheriff's Office,

Defendant(s).

Case No. **1:21-cv-01332**
Judge    Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) John D. Idleburg, Eric Kaechele, Gianni Giamberduca, Lake County Sheriff's Department, Javier Perez
and against plaintiff(s) Kristen Ludovicus.
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Durkin on a motion for summary judgment.

Date:  3/26/2025                                    Thomas G. Bruton, Clerk of Court

                                                    E. Wall, Deputy Clerk